

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00397-CV

**ESTATE OF LUISA R. MONTEMAYOR**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2010-PC-3012
Honorable Tom Rickhoff, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to September 15, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Marcelo R.  Montemayor          Reed Greene
        PO Box 831651                   Reed Greene Law Office
        San Antonio, TX 78283           26254 IH 10 West
                                        Suite 135
                                        Boerne, TX 78006